P. Grassi & Bro., Inc., v. Lovisa & Pistoresi, Inc., and Another and New Jersey Fidelity and Plate Glass Insurance Company, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

Raoul J. Menendez and Others v. Felix Mauro Ginorio, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Raoul J. Menendez and Others v. Felix Mauro Ginorio, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The Shawmut Corporation of Boston v. William H. Bobrick Sales Corporation, Impleaded with The Bank of United States.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

J. Brooks Nichols and Another v. Clark, MacMullen & Riley, Inc., and Others and The Celotex Company.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and the motion for a stay of trial pending said appeal granted upon defendant, appellant's filing the undertaking required by section 593 of the Civil Practice Act. Settle order on notice. Present — Finch, P. J., McAvoy, Martin and Sherman, JJ.

Herman F. M. Mutzenbecher and Others v. Sumner Ballard.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

I. Tannenbaum Son & Co. v. C. Ludwig Baumann & Co., Brooklyn, Sued Herein as C. Ludwig Baumann & Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Samuel Katzenstein and Joseph C. Furst, as Executors, etc., of Mina Kahnweiler, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

C. Bertram Hubbard, Inc., v. Saul Birns.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

William F. Hanson and Others v. The Pennroad Corporation, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

M. Stanley Tweedie v. Submarine Boat Corporation and Transmarine Corporation.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Charles V. Bob v. August Hecksher and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted, and operation of order of Special Term stayed pending said appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.